IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| Joyce Morgan,<br><br>    Plaintiff,<br><br>v.<br><br>OXFORD COLLECTION AGENCY,<br>INC., a New York Corporation,<br>sometimes doing business as<br>"Oxford Management Services,"<br><br>    Defendant. | :<br>:<br>:<br>:  CIVIL ACTION FILE<br>:<br>:  NO. 2:07-CV-0106<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

COMES NOW PLAINTIFF, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, and before the service of an answer or a motion for summary judgment, and stipulates that this action shall be dismissed with prejudice to all claims.

Respectfully submitted this 13th day of November, 2007.

                                                      **THE LAW OFFICE OF JAMES M. FEAGLE, P.C.**

                                      by:   S/James M. Feagle
                                              James M. Feagle
                                              Attorney for plaintiff
                                              Georgia Bar No. 256916

108 East Ponce de Leon Avenue
Suite 204
Decatur, GA 30030
404 / 373-1970
fax 404/601-1855